IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-01945-RM

ANTONIO AGUILAR,

    Applicant,

v.

DAVID ZUPAN,
COLORADO STATE ATTORNEY GENERAL,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, **within thirty (30) days from the date of this order**, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Jefferson County District Court case number 03CR2633, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
              Jefferson County District Court
              100 Jefferson County Parkway
              Golden, Colorado 80419; and

(2)   Court Services Manager
      State Court Administrator's Office
      101 W. Colfax, Ste. 500
      Denver, Colorado  80202.

DATED this 20th day of November, 2015.

(2)   Court Services Manager
      State Court Administrator's Office
      101 W. Colfax, Ste. 500
      Denver, Colorado  80202.

DATED this 20th day of November, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge